1  Andrew J. Davis (State Bar No.: 24255)
   DAVIS LAW OFFICES
2  1900 W. Garvey Avenue South, Suite 160
   West Covina, California 91790
3  Telephone: (626) 962-7400
   Facsimile: (626) 962-7474
4  Email: davislaw.ajd@gmail.com

5  Attorneys for Plaintiff
   SUZIE DUONG
6
   Frank A. Silane (State Bar No.: 90940)
7  Jennifer J. Johnston (State Bar No.: 125737)
   Julia K. Doyle (State Bar No.: 245020)
8  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
9  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
10 Facsimile:  (310) 557-1299
   Email: fsilane@condonlaw.com
11 Email: jjohnston@condonlaw.com
   Email: jdoyle@condonlaw.com
12
   Attorneys for Defendant
13 CHINA AIRLINES, LTD.

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZIE DUONG,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHINA AIRLINES, LTD. and DOES 1 TO 100,<br><br>        Defendants. | Case No. CV09-1323 EDL<br><br>**[PROPOSED] ORDER PERMITTING COUNSEL FOR PLAINTIFF AND COUNSEL FOR DEFENDANT TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Case Management Conference Date:  June 30, 2009**<br><br>**Time:  10:00 am**<br><br>**Place:  Courtroom of the Honorable Magistrate Judge Elizabeth D. Laporte** |

---

[PROPOSED] ORDER PERMITTING COUNSEL FOR
PLAINTIFF AND COUNSEL FOR DEFENDANT TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE
CASE NO.: CV09-1323 EDL

1  FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that counsel for
2  plaintiff Suzie Duong and counsel for defendant China Airlines, Ltd. shall be
3  permitted to appear telephonically at the Case Management Conference, scheduled
4  for June 30, 2009, at 10:00 a.m.

6  Dated: __June 26____, 2009



   Honorable _____
   United _____

-2-

[PROPOSED] ORDER PERMITTING COUNSEL FOR
PLAINTIFF AND COUNSEL FOR DEFENDANT TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE
CASE NO.: CV09-1323 EDL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030