1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Julia K. Doyle (State Bar No.: 245020)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: jjohnston@condonlaw.com
6  Email: jdoyle@condonlaw.com

7  Attorneys for Defendant
   CHINA AIRLINES, LTD.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11
   SUZIE DUONG,                          ) Case No. CV09-1323 EDL
12                                       ) ORDER GRANTING
              Plaintiff,                 ) **REQUEST FOR IN-CHAMBERS**
13                                       ) **CASE MANAGEMENT**
         vs.                             ) **CONFERENCE**
14                                       )
   CHINA AIRLINES, LTD. and DOES 1       )
15 TO 100,                               ) Hearing Date: August 25, 2009
                                         ) Time:         10:00 a.m.
16            Defendants.                ) Location:     Courtroom E
                                         )               15th Floor
17                                       )               450 Golden Gate Avenue
                                         )               San Francisco, California
18                                       )
                                         )
19 _____)

20       TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO

21 PLAINTIFF AND TO HER ATTORNEYS OF RECORD:

22       Pursuant to the Court's order of August 11, 2009, defendant China Airlines,

23 Ltd. hereby respectfully requests that the Case Management Conference, scheduled

24 for August 25, 2009, at 10:00 a.m. be held in chambers.

25 / /

26 / /

27 / /

28

---
REQUEST FOR IN-CHAMBERS CASE MANAGEMENT CONFERENCE
CASE NO.: CV09-1323 EDL

1  Dated: August 12, 2009                    CONDON & FORSYTH LLP

3                                             By:  /s/ Julia K. Doyle
4                                                  FRANK A. SILANE
                                                   JENNIFER J. JOHNSTON
5                                                  JULIA K. DOYLE
                                                   Attorneys for Defendant
6                                                  CHINA AIRLINES, LTD.

10  Dated:  August 12, 2009



-2-
REQUEST FOR IN-CHAMBERS CASE MANAGEMENT CONFERENCE
CASE NO.: CV09-1323 EDL