1  Frank A. Silane (State Bar No.: 90940)
   Jennifer J. Johnston (State Bar No.: 125737)
2  Julia K. Doyle (State Bar No.: 245020)
   CONDON & FORSYTH LLP
3  1901 Avenue of the Stars, Suite 850
   Los Angeles, California 90067-6010
4  Telephone: (310) 557-2030
   Facsimile:  (310) 557-1299
5  Email: fsilane@condonlaw.com
   Email: jjohnston@condonlaw.com
6  Email: jdoyle@condonlaw.com

7  Attorneys for Defendant
   CHINA AIRLINES, LTD.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | SUZIE DUONG,                          | Case No. CV09-1323 EDL
13 |         Plaintiff,                    |
14 |    vs.                                | [~~PROPOSED~~] ORDER PERMITTING COUNSEL FOR DEFENDANT CHINA AIRLINES TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE
15 | CHINA AIRLINES, LTD. and DOES 1 TO 100, |
16 |                                       |
17 |         Defendants.                   | Case Management Conference Date: August 25, 2009
18 |                                       |
19 |                                       | Time:  10:00 am
20 |                                       | Place:  Courtroom of the Honorable Magistrate Judge Elizabeth D. Laporte (In Chambers)
21

22
       FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Jennifer J.
23
   Johnston, counsel for defendant China Airlines, Ltd. shall be permitted to appear
24
   / /
25
   / /
26

27

28
   ─────────────────────────────
   [PROPOSED] ORDER PERMITTING COUNSEL FOR
   DEFENDANT CHINA AIRLINES TO APPEAR
   TELEPHONICALLY AT CASE MANAGEMENT
   CONFERENCE
   CASE NO.: CV09-1323 EDL

1  telephonically at the Case Management Conference, scheduled for August 25,
2  2009, at 10:00 a.m.

5  Dated: __August 17__, 2009



IT IS SO ORDERED

Judge Elizabeth D. Laporte

[PROPOSED] ORDER PERMITTING COUNSEL FOR
DEFENDANT CHINA AIRLINES TO APPEAR
TELEPHONICALLY AT CASE MANAGEMENT
CONFERENCE
CASE NO.: CV09-1323 EDL

-2-