Frank A. Silane (State Bar No.: 90940)
Jennifer J. Johnston (State Bar No.: 125737)
Julia K. Doyle (State Bar No.: 245020)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: fsilane@condonlaw.com
Email: jjohnston@condonlaw.com
Email: jdoyle@condonlaw.com

Attorneys for Defendant
CHINA AIRLINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZIE DUONG,<br><br>             Plaintiff,<br><br>      vs.<br><br>CHINA AIRLINES, LTD. and DOES 1 TO 100,<br><br>             Defendants. | Case No. CV09-1323 EDL<br><br>[~~PROPOSED~~] ORDER PERMITTING COUNSEL FOR DEFENDANT CHINA AIRLINES TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Case Management Conference Date: November 24, 2009<br><br>Time:  10:00 am<br><br>Place:  Courtroom of the Honorable Magistrate Judge Elizabeth D. Laporte |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that Jennifer J. Johnston, counsel for defendant China Airlines, Ltd. shall be permitted to appear

/ /

/ /

---

1  telephonically at the Further Case Management Conference, scheduled for
2  November 24, 2009, at 10:00 a.m.

5  Dated: __November 13__, 2009



6  Hono_____te
7  United_____
   Judge Elizabeth D. Laporte

-2-

[PROPOSED] ORDER PERMITTING COUNSEL FOR
DEFENDANT CHINA AIRLINES TO APPEAR
TELEPHONICALLY AT FURTHER CASE MANAGEMENT
CONFERENCE
CASE NO.: CV09-1323 EDL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030