IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUZIE DUONG,

    Plaintiff,

v.

CHINA AIRLINES, LTD., et al.,

    Defendants.
                                /

No. C-09-1323-EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On April 19, 2010, Plaintiff's counsel filed a request to appear telephonically at the further case management conference set for April 28, 2004 at 3:00 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED subject to the following caution. The court disfavors telephonic appearances because the technology prevents the court from addressing a question to the parties or making a comment or ruling whenever any participant speaks at length. Accordingly, the parties shall only speak briefly and shall pause at regular intervals to allow the court to comment on the information presented. If the Court concludes that the telephonic appearance is interfering with the conference, the Court may continue the telephonic conference and may order personal appearances.

    Counsel shall stand by beginning at 3:00 p.m. on April 28, 2010 until called by the Court

Dated: April 19, 2010

                                          ELIZABETH D. LAPORTE
                                          United States Magistrate Judge