UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

SUZIE DUONG
       Plaintiff,

No. C 09-1323 EDL

v.

**ORDER REMOVING DOCUMENT # 31 - CERTIFICATION OF ADR SESSION**

CHINA AIRLINES, LTD.,
       Defendant.
_____/

    IT IS HEREBY ORDERED that document # 31, the Certification of ADR Session, which was incorrectly filed in this case and contains confidential information, shall be removed from the docket.

    IT IS SO ORDERED.

May 3, 2010                  By:           /s/ Elizabeth D. Laporte

Dated                                     Elizabeth D. Laporte
                                        United States Magistrate Judge