| | |
|---|---|
| 1 | Andrew J. Davis (State Bar No. 24255) |
| | DAVIS LAW OFFICES |
| 2 | 1900 W. Garvey Avenue South, Suite 160 |
| | West Covina, California 91790 |
| 3 | Telephone: (626) 962-7400 |
| | Facsimile: (626) 962-7474 |
| 4 | Email: davislaw.ajd@gmail.com |
| 5 | Attorneys for Plaintiff |
| | SUZIE DUONG |

Frank A. Silane (State Bar No.: 90940)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: fsilane@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
CHINA AIRLINES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZIE DUONG, | Case No. CV09-1323 EDL |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| CHINA AIRLINES, LTD. and DOES 1 TO 100, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. CV09-1323 EDL is hereby dismissed with prejudice. The Court shall retain jurisdiction until the completion of the settlement in this matter.

Dated: __November 2__, 2010

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

[PROPOSED] ORDER
CASE NO CV09-1323 EDL

9416V.1